IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

QUINTEZ CEPHUS,

    Plaintiff,

v.                                 Case No. 18CV0832

BOARD OF REGENTS OF
THE UNIVERSITY OF WISCONSIN
SYSTEM, LAUREN HASSELBACHER,
CATHY TRUEBA, and REBECCA
BLANK,

    Defendants.

## DEFENDANTS' MOTION TO DISMISS

PLEASE TAKE NOTICE that the Defendants move to dismiss the Plaintiff's Complaint in its entirety, for failure to state a claim upon which relief can be granted. This motion is brought pursuant to Fed. R. Civ. P. 12(b)(6) and supported by the accompanying brief.

Dated this 31st day of October, 2018.

                                              Respectfully submitted,

                                              BRAD D. SCHIMEL
                                              Wisconsin Attorney General

                                              <u>s/Anne M. Bensky</u>
                                              ANNE M. BENSKY
                                              Assistant Attorney General

        State Bar #1069210

        BRANDON T. FLUGAUR
        Assistant Attorney General
        State Bar #1074305

        Attorneys for Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 264-9451 (Bensky)
(608) 266-1780 (Flugaur)
(608) 267-8906 (Fax)
benskyam@doj.state.wi.us
flugaurbt@doj.state.wi.us