IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

_____

QUINTEZ CEPHUS,

    Plaintiff,

v.                                                              Case No. 3:18-cv-00832

BOARD OF REGENTS OF THE
UNIVERSITY OF WISCONSIN SYSTEM;
UNIVERSITY OF WISCONSIN-MADISON;
LAUREN HASSELBACHER, in her
individual and official capacity, CATHY TRUEBA,
in her individual and official capacity, and
REBECCA BLANK, in her individual
and official capacity,

    Defendants.

_____

### NOTICE OF WITHDRWAL

_____

**PLEASE TAKE NOTICE**, Plaintiff Quintez Cephus, hereby withdraws his Motion for Preliminary Injunction [ECF No. 2] without prejudice.

Dated: November 20, 2018

                                        Respectfully submitted,

                                        **Nesenoff & Miltenberg LLP**

                                        By: */s/ Stuart Bernstein*
                                        Andrew T. Miltenberg, Esq. (*pro hac vice*)
                                        Stuart Bernstein, Esq. (*pro hac vice*)
                                        Tara J. Davis, Esq. (*pro hac vice*)
                                        363 Seventh Avenue, 5th Floor
                                        New York, New York 10001
                                        212-736-4500 (telephone)
                                        212-736-2260 (fax)
                                        amiltenberg@nmllplaw.com
                                        sbernstein@nmllplaw.com
                                        tdavis@nmllplaw.com

                                             and

**Cross Law Firm, S.C.**

By: */s/ Mary C. Flanner*
Mary C. Flanner, Esq.
845 N 11th Street
Milwaukee, Wi. 53233
414-224-0000 (telephone)
414-273-7055 (fax)
mflanner@crosslawfirm.com

*Attorneys for Plaintiff Quintez Cephus*

## **CERTIFICATE OF SERVICE**

I certify that, on November 20, 2018, service of the foregoing NOTICE OF WITHDRAWAL was made upon all parties by filing it with the Clerk of the Court using the CM/ECF system.

*/s/ Stuart Bernstein*
Stuart Bernstein, Esq.