IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

QUINTEZ CEPHUS,

    Plaintiff,

v.     Case No. 3:18-cv-00832

BOARD OF REGENTS OF THE
UNIVERSITY OF WISCONSIN SYSTEM;
UNIVERSITY OF WISCONSIN-MADISON;
LAUREN HASSELBACHER, in her
individual and official capacity, CATHY TRUEBA,
in her individual and official capacity, and
REBECCA BLANK, in her individual
and official capacity,

    Defendants.

_____

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**
_____

PLEASE TAKE NOTICE that Plaintiff Quintez Cephus ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses all claims in this action *without prejudice* as to Defendants Board of Regents of the University of Wisconsin System, University of Wisconsin-Madison, Lauren Hasselbacher, Cathy Trueba and Rebecca Blank (collectively "Defendants").

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

**(a) Voluntary Dismissal.**

    **(1) By the Plaintiff.**

        (A) Without a Court Order. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

            (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment

                *     *     *

Defendants have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Dated: March 14, 2019

        Respectfully submitted,

        **Nesenoff & Miltenberg LLP**

        By: */s/ Stuart Bernstein*
        Andrew T. Miltenberg, Esq. (*pro hac vice*)
        Stuart Bernstein, Esq. (*pro hac vice*)
        Tara J. Davis, Esq. (*pro hac vice*)
        363 Seventh Avenue, 5th Floor
        New York, New York 10001
        212-736-4500 (telephone)
        212-736-2260 (fax)
        amiltenberg@nmllplaw.com
        sbernstein@nmllplaw.com
        tdavis@nmllplaw.com

        and

        **Cross Law Firm, S.C.**

        By: */s/ Mary C. Flanner*
        Mary C. Flanner, Esq.
        845 N 11th Street
        Milwaukee, Wi. 53233
        414-224-0000 (telephone)
        414-273-7055 (fax)
        mflanner@crosslawfirm.com

        *Attorneys for Plaintiff Quintez Cephus*

## **CERTIFICATE OF SERVICE**

I certify that, on March 14, 2019, service of the foregoing PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1) was made upon all parties by filing it with the Clerk of the Court using the CM/ECF system.

*/s/ Stuart Bernstein*
Stuart Bernstein, Esq.